IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA SCOTT HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-530-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On March 4, 2024, the parties informed the Court that a settlement was reached in this case. (Doc. 93). Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated, and all motions are denied as moot.

DONE this 4th day of March, 2024.

                                  /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE